IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
NOV 1 6 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

UNITED STATES OF AMERICA,         )
                                  )
         Plaintiffs,              )   No. CR-08-358-AWI
                                  )
    vs.                           )   ORDER OF RELEASE
                                  )
SAMUEL GARCIA REYES,              )
                                  )
         Defendant.               )
_____)

The above named defendant having been sentenced on November 16, 2009 to 12 months (TIME SERVED),

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: 11-16-09

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1